Jeffrey H. Lowenthal (State Bar No. 111763)
Michelle Akerman (State Bar No. 265022)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone:   (415) 421-3400
Facsimile:    (415) 421-2234
E-mail:       jlowenthal@steyerlaw.com
              makerman@steyerlaw.com

Attorneys for Plaintiff
Topsource (Beijing) Seed Co., Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

FRESNO DIVISION

| | |
|---|---|
| TOPSOURCE (BEIJING) SEED CO., LTD.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MODESTO SEED COMPANY, INC.,<br><br>　　　　　　　Defendant. | Case No.  1:15-CV-0208 SMS<br><br>STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE |

1480597.1 - TOPSOURCE.MODESTOSEED

1  Plaintiff TOPSOURCE (BEIJING) SEED CO., LTD. ("Plaintiff" or "Topsource") and
2  defendant MODESTO SEED COMPANY, INC. ("Defendant"), through their respective counsel,
3  hereby stipulate as follows:
4  WHEREAS, the Settlement Conference in this matter is currently scheduled for August
5  11, 2015 at 1:30 p.m. before Magistrate Judge Barbara A. McAullife.
6  WHEREAS, the parties, having met and conferred, request a continuance of the
7  Settlement Conference to September 23, 2015 at 10:00 a.m. before Magistrate Judge Barbara A.
8  McAullife, to accommodate the parties' schedules;
9  NOW THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and
10 Defendant as follows:
11  The Settlement Conference in this matter currently scheduled for August 11, 2015 at 1:30
12 p.m. shall be continued to September 23, 2015 at 10:00 a.m. before Magistrate Judge Barbara A.
13 McAullife.
14
15 Dated:  August 10, 2015          STEYER LOWENTHAL BOODROOKAS
                                     ALVAREZ & SMITH LLP
16
17                                 By: */s/  Michelle Akerman*
                                       Michelle Akerman
18                                     Attorneys for Plaintiff
                                       Topsource (Beijing) Seed Co., Ltd.
19
20 Dated:  August 10, 2015            TRIEBSCH & FRAMPTON, PC
21
22                                 By: */s/ James C. Anderson*
                                       James C. Anderson
23                                     Attorneys for Defendant
                                       Modesto Seed Company, Inc.
24
25
26
27
28

**ORDER**

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that the Settlement Conference in this matter currently scheduled for August 11, 2015, at 1:30 p.m. is continued to **September 23, 2015, at 10:00 a.m.** before Magistrate Judge Barbara A. McAuliffe. As this matter appears capable of resolution without judicial assistance, the parties are strongly encouraged to resolve this matter without court intervention prior to the September 23, 2015 settlement conference.

IT IS SO ORDERED.

Dated:   **August 10, 2015**                    /s/ Barbara A. McAuliffe
                                                 UNITED STATES MAGISTRATE JUDGE