Jeffrey H. Lowenthal (State Bar No. 111763)
Michelle Akerman (State Bar No. 265022)
STEYER LOWENTHAL BOODROOKAS
 ALVAREZ & SMITH LLP
One California Street, Third Floor
San Francisco, California 94111
Telephone:   (415) 421-3400
Facsimile:    (415) 421-2234
E-mail:       jlowenthal@steyerlaw.com
              makerman@steyerlaw.com

Attorneys for Plaintiff
Topsource (Beijing) Seed Co., Ltd.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

FRESNO DIVISION

| | |
|---|---|
| TOPSOURCE (BEIJING) SEED CO., LTD., | Case No.  1:15-cv-00208 |
| Plaintiff, | **STIPULATED JUDGMENT AFTER SETTLEMENT** |
| v. | |
| MODESTO SEED COMPANY, INC., | |
| Defendant. | |

Based on the Settlement Agreement and Stipulation for Entry of Judgment of the parties and good cause appearing therefore, the Court hereby finds as follows:

A. On or about May 18, 2011, plaintiff TOPSOURCE (BEIJING) SEED CO., LTD. ("Topsource"), on the one hand, and defendant MODESTO SEED COMPANY, INC. ("Modesto Seed"), on the other hand, entered a written Contract on Seed Production ("Contract").  Under the terms of the Contract, Topsource was to produce approximately 25,000 kilograms of seeds for Modesto Seed, comprised of tomato seeds (priced at 145-200 ¥ per kilogram, depending on the variety), pepper seeds (priced at 125 ¥ per kilogram), tomato stockseeds (priced at 195 ¥ per kilogram), and pepper stockseeds (priced at 235 ¥ per kilogram).

B. Between September 2011 and December 2011, Topsource delivered approximately 18,115 kilograms of seeds, for a Contract price of $562.480.40, to Modesto Seed, per the Contract.

C. Topsource subsequently sent three invoices to Modesto Seed for the seed it delivered between September and December 2011. The first invoice, Invoice No. TPSS2011-004, was dated September 27, 2011, and was in the amount of ¥836250 (approximately $132,755 based on the exchange rate as of the invoice date). Modesto Seed paid this invoice in full by payments made on November 16, 2011 and January 16, 2012, except for approximately $570. The second invoice, Invoice No. TPPS2011-024, was dated November 4, 2011, and was in the amount of $375,946.44. The third and last invoice, Invoice No. TPPS2011-027, was dated November 8, 2011 and was in the amount of $52,753.44. On February 21, 2012 and May 7, 2012, Modesto Seed made partial payments totaling $199,988 towards Invoice Nos. TPSS2011-024 and TPPS2011-027, but has not made any further payments to date. Accordingly, there is currently due and owing to Topsource from Modesto Seed $229,281.88 plus interest at the maximum legal rate from December 30, 2011.

Accordingly, based on the foregoing and the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED ADJUDGED AND DECREED that judgment be entered as follows:

1. Against Modesto Seed Company, Inc. in the amount of $313,770, representing $229,281.88 plus interest at the maximum legal rate from December 30, 2011.
2. The parties shall bear their own attorney's fees and costs.
3. Modesto Seed Company, Inc.'s cross-claim is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **November 3, 2015**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE